# AFFIDAVIT OF SERVICE

**State of Michigan** **County of Wayne** **United States District Court**

Case Number: 2:17-CV-13944-BAF-SDD

Plaintiff:
**Denise Miller**

vs.

Defendant:
**Auto Club Insurance Association and Aetna Life Insurance Company**

For:
Robert J. Lantzy
Buckfire Law Firm
29000 Inkster Road
Suite 150
Southfield, MI 48034

Received by Dart Group Incorporated to be served on **Auto Club Insurance Association c/o Resident Agent: John Bruno, 1 Auto Club Drive, Dearborn, MI 48126**.

I, Scott Fluegge, being duly sworn, depose and say that on the **28th day of December, 2017** at **2:10 pm, I:**

**Personally Served** the within named **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me to **Laurie Budd** as **Registered Agent** of the within named corporation, in compliance with state statutes.

I Certify that I am over the age of 18 and have no interest in the above Captioned Matter.

Subscribed and Sworn before me this 29th Day of December, 2017 by the Affiant who is personally known to me.

Dustin Camarata

DUSTIN CAMARATA
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Jun 15, 2022
ACTING IN COUNTY OF Oakland

Scott Fluegge

**Scott Fluegge**
Process Server

**Dart Group Incorporated**
**55 East Long Lake Road**
**Suite 215**
**Troy, MI 48085**
**(248) 619-7899**

Our Job Serial Number: FLU-2017006992
Ref: Denise Miller -v- Auto Club & Aetna Life

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1h