UNITED STATES DISTRICT COURT
*for the*
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE MILLER,

Plaintiff,

Case No: 2:17-cv-13944-BAF-SDD

Hon. Bernard A. Friedman

v.

AUTO CLUB INSURANCE ASSOCIATION,
a Michigan Corporation, and
AETNA LIFE INSURANCE COMPANY,

Defendants.

And

AETNA LIFE INSURANCE COMPANY,

Counter-Plaintiff,

v.

DENISE MILLER,

Counter-Defendant.
_______________________________________________/

ROBERT J. LANTZY (P57013)
BUCKFIRE & BUCKFIRE, P.C.
Attorney for Plaintiff
29000 Inkster Road, Ste. 150
Southfield, Michigan 48034
robert@buckfirelaw.com
(248) 569-4646

THOMAS H. WALTERS (P51413)
Attorney for Aetna Life Insurance Company
450 West Fourth Street
Royal Oak, MI 48067
(248) 645-1483
_______________________________________________/

**PLAINTIFF/COUNTER-DEENDANT DENISE MILLER'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTER CLAIM**

**NOW COMES** Plaintiff/Counter-Defendant Denise Miller and for her Answer to the Counter Claim states as follows:

1. Neither admits nor denies and Plaintiff/Counter-Defendant leaves Defendant/Counter-Plaintiff to their proofs.

2. Neither admits nor denies and Plaintiff/Counter-Defendant leaves Defendant/Counter-Plaintiff to their proofs.

3. Admits that Plaintiff/Counter-Defendant was an employee and beneficiary under the Plan.

4. Neither admits nor denies and Plaintiff/Counter-Defendant leaves Defendant/Counter-Plaintiff to their proofs.

5. Neither admits nor denies and Plaintiff/Counter-Defendant leaves Defendant/Counter-Plaintiff to their proofs.

6. Admits that Plaintiff/Counter-Defendant was involved in a motor vehicle collision on April 20, 2017 and was injured as a result of that collision.

7. Admits that Plaintiff/Counter-Defendant's injuries required medical treatment. The balance of Paragraph 7 is neither admitted nor denied and Plaintiff/Counter Defendant leave Defendant/Counter-Plaintiff to their proofs.

8. Neither admits nor denies and Counter-Defendant leaves Defendant/Counter-Plaintiff to their proofs.

9. Denied in the manner and form as stated for the reason it is not true. The settlement obtained against the at-fault driver did not include any money paid for medical expenses.

10. Denied in the manner and form as stated for the reason it is not true.

11. Denied in the manner and form as stated for the reason it is not true.

12. Neither admits nor denies and Plaintiff/Counter-Defendant leaves Defendant/Counter-Plaintiff to their proofs.

13. Denied in the manner and form as stated for the reason it is not true.

14. Neither admits nor denies and Plaintiff/Counter-Defendant leaves Defendant/Counter-Plaintiff to their proofs.

15. Denied in the manner and form as stated for the reason it is not true.

16. No response is required to this allegation.

17. Neither admits nor denies and Plaintiff/Counter-Defendant leaves Defendant/Counter-Plaintiff to their proofs.

18. Neither admits nor denies and Plaintiff/Counter-Defendant leaves Defendant/Counter-Plaintiff to their proofs.

19. Denied in the manner and form as stated for the reason it is not true.

20. Denied in the manner and form as stated for the reason it is not true.

21. Denied in the manner and form as stated for the reason it is not true.

22. Denied in the manner and form as stated for the reason it is not true.

23. Denied in the manner and form as stated for the reason it is not true.

24. Denied in the manner and form as stated for the reason it is not true.

25. Denied in the manner and form as stated for the reason it is not true.

26. Nor response is required to this allegation.

27. Neither admits nor denies and Plaintiff/Counter-Defendant leaves Defendant/Counter-Plaintiff to their proofs.

28. Denied in the manner and form as stated for the reason it is untrue.

29. Denied in the manner and form as stated for the reason it is untrue.

30. Denied in the manner and form as stated for the reason it is untrue.

WHEREFORE, Plaintiff/Counter-Defendant requests that this Honorable Court dismiss the Counter Complaint in its entirety and award costs and attorney fees for

having to defend against this matter and other relief deemed appropriate under the circumstances.

## AFFIRMATIVE DEFENSES

NOW COMES Plaintiff/Counter-Defendant and for her Affirmative Defenses states as follows:

1. Defendant/Counter-Plaintiff has failed to state a claim for which relief can be granted and Plaintiff/Counter-Defendant is entitled to Judgment as a matter of law.

2. Michigan No-Fault Law acts to bar the relief claimed by Defendant Aetna.

3. Defendant/Counter-Plaintiff's claims are barred by the Doctrine of Waiver, estoppel, latches, unclean hands and/or acquiescence.

4. The provisions of the Plan are ambiguous, and, therefore, are to be construed in favor of Plaintiff/Counter-Defendant.

5. Plaintiff/Counter-Defendant reserved the right to assert additional Affirmative Defense which may become apparent throughout the discovery proceedings.

6. Plaintiff/Counter-Defendant requests a reply to each and every Affirmative Defense raised herein.

WHEREFORE, Plaintiff/Counter-Defendant requests that this Honorable Court dismiss the Counter Complaint in its entirety and award costs and attorney fees for having to defend against this matter and other relief deemed appropriate

under the circumstances.

Respectfully submitted,

BUCKFIRE & BUCKFIRE, P.C.

BY:_ /s/ Robert J. Lantzy

ROBERT J. LANTZY (P57013)
BUCKFIRE & BUCKFIRE P.C.
Attorneys for Plaintiff
29000 Inkster Road, Ste. 150
Southfield, MI 48034
robert@buckfirelaw.com
(248) 569-4646

Dated: March 8, 2018

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I electronically filed **PLAINTIFF/COUNTER-DEENDANT DENISE MILLER'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTER CLAIM** with this **CERTIFICATE OF SERVICE** with the Clerk of the Court using the ECF system, which will send notification of such filing to those registered persons/members of the Court's ECF system who are participants in these proceedings via electronic notice of this filing.

Dated: March 8, 2018

/s/ Robert J. Lantzy
ROBERT J. LANTZY P57013