UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ms. Denise Miller,
Plaintiff(s),

v.

Case No. 17-13944
HON. BERNARD A. FRIEDMAN

Aetna Life Insurance Co., et al.,
Defendant(s). /

## SCHEDULING ORDER FOR ERISA CASE

Employee Retirement Income Security Act of 1974

This case having come before the Court pursuant to Fed. R. Civ. P. 16, the Court enters the following schedule controlling the progress of this case:

| | |
|---|---|
| Administrative Record: | Administrative record filed with the Court by May 8, 2018; |
| Motions: | Cross Motions must be filed by June 14, 2018;<br>Responses due July 13, 2018 |
| Final Pretrial Conference: | TBD |
| Bench Trial: | TBD |
| Other Matters: | Any other matters agreed to between the parties in a filed discovery plan shall be binding. |

If you have any questions concerning this scheduling order, please call my Case Manager, Johnetta M. Curry-Williams, 313-234-5172.

Dated: April 20, 2018
Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 20, 2018.

s/Johnetta M. Curry-Williams
Case Manager

Electronic Case Filing (ECF)

Electronic case filing is mandatory. Procedures for registration and on-line resources are available at the court's website: http://www.mied.uscourts.gov . Please note that you must immediately mail or hand-deliver to Judge Friedman's chambers a required "courtesy copy" of electronically filed dispositive motion materials, any documents larger than 15 pages, index of exhibits and tabbed exhibits.

Administrative Record

Administrative Record must be **redacted for sensitive information or filed under seal** pursuant to the Fed. R. Civ. P. 5.2 as provided by the E-Government Act of 2002.

Discovery

Will be allowed only by stipulation and/or with leave of the Court.